## EBERHARDT *v.* STATE

[No. 428, September Term, 1963.]

*Decided September 23, 1964.*

The cause was argued before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

*Morris Lee Kaplan,* with whom was *Michael Lee Kaplan* on the brief, for the appellant.

*Fred Oken, Assistant Attorney General,* with whom were *Thomas B. Finan, Attorney General, William J. O'Donnell, State's Attorney for Baltimore City,* and *George J. Helinski, Assistant State's Attorney,* on the brief, for the appellee.

PER CURIAM.

The appellant, convicted of receiving stolen goods, contends

on appeal that the evidence was insufficient and that a statement implicating himself was improperly obtained because of an alleged promise to release his girl friend. Without reviewing the evidence we think it is only necessary to state that we find it sufficient. The trial court was fully justified in believing the police officers who denied making any promises, particularly when the appellant himself admitted that there was no bargain made.

*Judgment affirmed.*